**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7218**

———————

JAMES R. VAUGHTER,

                              Plaintiff - Appellant,

        versus

VIRGINIA PAROLE BOARD,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-99-579)

———————

Submitted:  November 4, 1999        Decided:  November 10, 1999

———————

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James R. Vaughter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James R. Vaughter appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Vaughter v. Virginia Parole Bd., No. CA-99-579 (W.D. Va. Aug. 18, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED